rari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Alfred C. Bennett* for Pink. *Messrs. Bruce Fuller* and *S. Wallace Dempsey* for Dempsey. Reported below: 92 F. 2d 572.

No. 742. UNION STOCK YARDS CO. *v.* INGHRAM ET AL. March 7, 1938. Petition for writ of certiorari to the Supreme Court of Nebraska denied. *Mr. Norris Brown* for petitioner. No appearance for respondent.

No. 747. RABINOVITZ *v.* OUGHTON, TRUSTEE. March 7, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Thomas F. Gain* and *Sigmund H. Steinberg* for petitioner. No appearance for respondent.

No. 750. PHILLIPS *v.* UNITED STATES. March 7, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Edward H. S. Martin* for petitioner. *Acting Solicitor General Bell,* and *Messrs. Julius C. Martin, Wilbur C. Pickett, W. Marvin Smith,* and *Young M. Smith* for the United States.

No. 751. NASHVILLE, C. & ST. L. RY. *v.* RAILWAY EMPLOYEES' DEPT. OF A. F. OF L. ET AL. March 7, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Wm. H. Swiggart* for petitioner. *Mr. Frank L. Mulholland* for respondents.